UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :

              - v. -                        :          **ORDER**

HARRY VARGAS,                               :          S1 07 Cr. 1099
      a/k/a "Mo,"
      a/k/a "Peter Perez,"                  :
      a/k/a "P Murder,"
      a/k/a "Dough Boy,"
DANNY CHOU,
      a/k/a "Chino,"
SALEM LNU,
BENJAMIN RIVERA,
      a/k/a "Papo,"
CHRISTIAN SALAS,
LOUIS MORAN,
      a/k/a "Flaco,"                        :

              Defendants.                   :

- - - - - - - - - - - - - - - - - - - - - - x

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____ DEC 1 8 2007        │
│ DATE FILED: _____        │
└─────────────────────────────────┘
```

        Upon the application of the United States, by the

United States Attorney for the Southern District of New York,

Michael J. Garcia, by Assistant United States Attorney Todd

Blanche;

        It is found that the Indictment in the above-captioned

action is currently sealed and the United States Attorney's

Office has applied to have that Indictment unsealed, it is

therefore

        ORDERED that the Indictment in the above-captioned

action be unsealed and remain unsealed pending further order of

the Court.


Dated: New York, New York
       December 18, 2007


                              _____
                              UNITED STATE MAGISTRATE JUDGE